NO. 874978-D

61,919-11

LOYD LANDON SORROW

v.

STATE OF TEXAS

IN THE 263RD JUDICIAL

COURT OF

HARRIS COUNTY, TEXAS

## REQUEST FOR ADDITIONAL AND AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE COURT;

I LOYD LANDON SORROW, in the above entitled captioned cause, in which you rendered a judgment on 01/24/15, and in which you filed your original findings of facts and conclusions of law on 01/29/15, respectfully request that you make and file with the Clerk of said Court further, additional and amended findings of facts and conclusions of law as follows;

1. Amend Findings of Facts - No explaination why Due Process Rights were not violated by the States Prosecutor, and;

2. Affidavit from Prosecutor on this Constitutional issue.

Respectfully Submitted by;

*Loyd Landon Sorrow* )  02-16-15

Loyd Landon Sorrow - T.D.C.J. # 1134505
C.T. Terrell Unit - 1 B dt # 16
1300 FM 655
Rosharon, Texas 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

C.C. File 1 of 4  Sent by C.T. Terrell Unit Mail Box to;
1. 263rd Judicial Dist. Court of Harris County, Tx.
2. Court Criminal Appeals - Austin, Tx.
3 and 4. self.